**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                    **CASE NO.: 4:03-CR-045-SPM**

**TORIANO ROBERTS,**

       **Defendant.**

_____/

**ORDER CORRECTING JUDGMENT AND SENTENCE**

      **THIS CAUSE** comes before the Court upon the mandate issued by the Eleventh Circuit Court of Appeals on June 2, 2005 (doc. 59).  The case was upheld on the merits but remanded for correction of the clerical omission of the word "months" from Defendant's original judgment and sentence documents (doc. 35).

      Accordingly, it is

      **ORDERED AND ADJUDGED** that the clerk shall prepare an amended judgment to reflect that Defendant's term of imprisonment is **151 months**.

      **DONE AND ORDERED** this <u>seventh</u> day of June, 2005.

              _s/ Stephan P. Mickle_____

              Stephan P. Mickle
              United States District Judge

/pao