IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 4:03-cr-00045-SPM-AK

TORIANO ROBERTS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 63, Motion to Vacate under 28 U.S.C. § 2255, filed by Toriano Roberts. .  Pursuant to the Rules Governing § 2255 proceedings, the Court has reviewed the motion to vacate, and the Government will be required to file an answer or other appropriate response.  If appropriate, the Government shall include the initial brief or other briefs from the direct appeal and may rely on the statement of facts presented there.  Defendant may respond to the Government's arguments within the time set by this order, but he is not required to do so.

Upon receipt of the Government's arguments and Defendant's response, if any, the Court will review the file to determine whether an evidentiary hearing is required.  If an evidentiary hearing is not required, the Court will dispose of the petition as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED**:

1.  That the Clerk shall furnish a copy of Defendant's § 2255 motion and this order to the United States Attorney for this district, who shall file an answer or other appropriate pleading by **April 10, 2006**.

2.  That if review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3.  That Defendant shall have until **May 10, 2006**, to file a response, if desired.

**DONE AND ORDERED** this   *7th*   day of February, 2006.

>  *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**