IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 4:03-CR-045-SPM

TORIANO ROBERTS,

      Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND GRANTING MOTION TO VACATE SENTENCE**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 69). The parties have been furnished a copy of the report and recommendation and they have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the report and recommendation, this Court finds that the report and recommendation should be adopted. Accordingly, it is hereby **ORDERED** as follows:

1. The magistrate judge's report and recommendation (doc. 69) is ADOPTED and incorporated by reference in this order.

2. The motion of Defendant Toriano Roberts to vacate, set aside, or correct sentencing pursuant to 28 U.S.C. § 2255 (doc. 63) is _granted_.

3. Defendant will be resentenced as if he had entered a plea of guilty to Count 1 of the indictment and had not gone to trial.

4. Counsel shall be appointed to represent Defendant for resentencing.

    This appointment will be made by separate order.

5. Resentencing shall take place on <u>Tuesday, February 19, 2008</u> at the United States courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of January, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge